UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

                    Plaintiff,

        -against-

CITY OF NEW YORK, et al.
                    Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant City of New York with the summons and complaint in this matter on March 24, 2026. (*See* ECF 7.) Under Local Rule 83.10 for Certain § 1983 Cases Defendant was therefore required to respond to the Complaint by June 12, 2026. (*See id*.) To date, Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **July 1, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by **June 17, 2026** and to file proof of service on the docket by **June 17, 2026.**

DATED:  June 15, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**