UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.
                Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a status conference on **Wednesday, July 8, 2026 at 10:30 AM**. The parties should be prepared to discuss the status of the case under the §1983 Plan. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 252 724 249#.**

DATED:  July 2, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**