UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

Plaintiff,

-against-

CITY OF NEW YORK, et al.

Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 10, 2026, I ordered the Plaintiffs' Counsel to file a letter on the docket advising the Court whether Plaintiff needed additional discovery before there could be a productive mediation, and if so, specifying the additional information needed, by July 27, 2026. (*See* ECF 15.) Plaintiffs' Counsel has not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **July 31, 2026**.

DATED: July 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**