UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

Plaintiff,

-against-

CITY OF NEW YORK, et al.
Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on pre-mediation discovery held on September 28, 2026:

1. Defendant shall turn over the DA file by the end of the day on **September 28, 2026**.
2. Plaintiff shall make a demand and re-send a description of the medical files by **September 28, 2026**.
3. Plaintiff shall upload the medical files by **October 5, 2026**.
4. The next conference in this matter shall be held on **October 5, 2026 at 4:30 pm**. My expectation is that Defendant shall have made significant progress toward obtaining information on the car accident, including the driver and any reports, and Plaintiff shall have made significant progress in obtaining all medical bills. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 129 134 592#.

DATED: September 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**