UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

Plaintiff,

-against-

CITY OF NEW YORK, et al.

Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the second conference on pre-mediation discovery held on October 5, 2026:

The next conference in this matter shall be held on **October 20, 2026 at 12:30 pm.** My expectation is that by that time, Defendants shall have identified the driver to Plaintiff and confirmed whether there is an accident report; and Plaintiff's counsel shall have made completed obtaining all medical bills and determining which bills are Plaintiff's responsibility, so that he is in a position to make a monetary demand on Defendants. Counsel for the parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 478 712 22#.

DATED: October 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**