UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

Plaintiff,

-against-

CITY OF NEW YORK, et al.
Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on October 20, 2026:

1. Plaintiff shall file on the docket by **October 28, 2026** a proposed amended complaint adding the newly identified driver.
2. The next conference will be held telephonically at noon on **November 2, 2026**. The parties are directed to join the conference at the scheduled time and be prepared to discuss the status of the case. Please dial (646) 453-4442, Access Code: 486 757 259#.
3. At the next conference, it is my expectation that Plaintiff will (a) have made a monetary demand to Defendants; (b) tracked down the final bill that Plaintiff may be responsible for; and (c) be prepared to report on the status of the inquiry into whether the Department of Social Services intends to place a lien on any recovery in this case.
4. At the next conference, Defendants shall advise the Court whether they consent to the filing of the proposed amended complaint.
5. Defendants' current counsel will be leaving the Law Department on **November 6, 2026**. It is my expectation that the Law Department will have a replacement lawyer assigned to

this matter and that such replacement counsel will enter a notice of appearance on or before the date of current counsel's departure. Defendants' counsel stated that if no replacement has not appeared by that date, the Court may follow up with Mary O'Flynn at the Law Department, who may be reached by email at MOFlynn@law.nyc.gov.

DATED: October 20, 2026
New York, NY

SO ORDERED.

______________________________

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**