UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND BURGAN,

Plaintiff,

-against-

CITY OF NEW YORK, et al.

Defendant.

26-CV-0527 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on November 2, 2026:

1. Defendants do not object to the filing of the proposed SAC, which Plaintiff has filed on the docket at ECF 41.

2. Plaintiff has made a written settlement demand of the City, and the City is taking the demand under review.

3. By **November 16, 2026**, counsel for the City shall file a letter on the docket stating the current employment status of each individual defendant; for former employees, the City shall provide the last known address.

4. By **December 7, 2026**, the City shall inform Plaintiff whether it intends to represent the individual defendants that are currently employed by the City, or any of them.

5. Served Defendants shall have until **December 14, 2026** to respond to the SAC.

6. Plaintiff's counsel shall continue to make best efforts to determine whether DSS plans to impose a lien on any recovery in this case and shall by **December 14, 2026** file a letter on the docket indicating the status of those efforts.

DATED: November 2, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**